Terry Spears
**Name and Address**
307 Frankfurt
Daly City CA

FILED
08 MAY -7 PM 4: 12

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CV 08    2366

Terry Spears
Plaintiff / Petitioner

VS.

Deborah J Duettch
Honorable Judge Durham
Larry Sindcuse
Pat Ozierno
Defendant / Respondent

Case No. _____

Document Name:    EMC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

This Complaint of Discrimination on Disabilities Concerning The abuse of Terry Spears Estates, and to deny him a Re-evalutain To Brake his child Trust is violating his Civil Rights, The Defendants abusive with funds, since 1972 when I myself was awarded 2 and 1/2 million in care of Lucille Russell Grandmother whom is now decease, who had been his Life Time Gaurdian, friend, since my Grand mother demise Defendants have abused Their Othoriuity, and have verbialy abuse Emontionaly abuse and finainicial abuse and property abuse