

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TERRY SPEARS,  
        Plaintiff,  

v.  

DEBORAH J. DUELTCH, et al.,  
        Defendants.

Case No. C08-2366 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 6-6-08

Signature  
Counsel for: _____  
(Name of party or indicate "pro se")

Dail Russell  
(415) 798 0652  
6-6-08  
aunt.